UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 OCT 16 AM 9:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09cr3740-JMA |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| LESLIE MEJIA ) | HANNI FAKHOURY, FED. DEF. |
| ) | Defendant's Attorney |

REGISTRATION NO. 17295298

VIOLATION: 18:656

_x_ Defendant pleaded guilty to count 1 OF THE MISDEMEANOR INFORMATION
___ Count(s) _____ dismissed on the government's oral motion.
___ Underlying _____ dismissed on the government's oral motion.

**JUDGMENT**
_x_ Defendant is adjudged guilty on count 1 OF THE MISDEMEANOR INFORMATION

_x_ UNSUPERVISED Probation for a term of 18 MONTHS
on the following conditions:
_x_ 80 HOURS OF COMMUNITY SERVICE
___ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
_x_ Penalty assessment of $ 25.00 - TO BE PAID OVER AN 18 MONTH PERIOD
___ Fine waived      _x_ Fine of $ 1000.00 - TO BE PAID OVER AN 18 MONTH PERIOD

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

OCTOBER 14, 2009
Date of Imposition of Sentence

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
Entered on:

AO 245S    Judgment in Criminal Case
          Sheet 5 — Criminal Monetary Penalties

---

DEFENDANT: LESLIE MEJIA                          Judgment — Page 2 of 2
CASE NUMBER: 09cr3740-JMA

## RESTITUTION

The defendant shall pay restitution in the amount of ___$2097.35___ unto the United States of America.

     This sum shall be paid   **X** immediately.
                                   ___ as follows:

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

**X**    The interest requirement is waived.

___    The interest is modified as follows:

09cr3740-JMA